# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| TAISHA-MONET SMELLIE,<br>*Plaintiff*<br><br>v.<br><br>MARRIOTT INTERNATIONAL INC.,<br>MARRIOTT INTL. ADMIN. SRVS.,<br>INC., and STARWOOD HOTELS &<br>RESORTS WORLDWIDE, LLC,<br>*Defendants* | §<br>§<br>§<br>§<br>§   Case No. 1:23-CV-01390-RP<br>§<br>§<br>§<br>§<br>§ |

## ORDER

This case was transferred from the District of Maryland on November 13, 2023. (Dkt. 23). Defendants filed their Motion to Transfer Venue on September 19, 2023. (Dkt. 15). Contrary to this Court's Local Rules, the parties have not yet submitted a proposed scheduling order. *See* W.D. Tex. Loc. R. CV-16(c) (requiring that the parties to a case submit a proposed scheduling order to the court no later than 60 days after any appearance of any defendant).

Accordingly, **IT IS ORDERED** that the parties consult the website for the U.S. District Court for the Western District of Texas (www.txwd.uscourts.gov), the "Judges' Info" tab, "Standing Orders," "Austin Division," and file a joint proposed scheduling order utilizing District Judge Robert Pitman's form on or before **January 9, 2024**.

**SIGNED** on December 13, 2023.

_____
SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE